1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

5
6
7

GERALD ERWIN, et al.,                                    Case No. 2:15-cv-01396

8

     Plaintiffs,                                              ORDER

9

v.

10

WELLS FARGO BANK, N.A.,

11

     Defendant.

12
13

     Plaintiffs failed to have default entered before filing for default judgment.  Plaintiffs failed

14

to meet and confer with opposing counsel before filing for default judgment.  There is no reason

15

why plaintiffs would have entered into the stipulation in good faith had they not intended to allow

16

any response to the complaint as provided by the rules, including the filing of a motion to dismiss.

17

Finally, the stipulation twice speaks in terms of a "response" to the complaint–in the caption and

18

at paragraph 6.  The term "responsive pleading" in the stipulation is unreasonably limiting to the

19

efficiency of the litigation and to defendant's array of choices in which to seek disposition of the

20

controversy.  Accordingly,

21

     THE COURT HEREBY ORDERS that defendant's motion to strike motion for default

22

judgment (#15) is GRANTED.

23

     DATED this 23 day of September, 2015.

24
25

_____
Lloyd D. George
United States District Judge

26