UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ERWIN and NANCY ERWIN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01396-LDG-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulated Confidentiality Agreement and Protective Order (#19) filed October 13, 2015. The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Confidentiality Agreement and Protective Order (#19) is **denied**, without prejudice.

DATED this 19th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge